UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ELIZABETH M. CATANIA,

                    *Plaintiff,*            **MEDIATION CERTIFICATION**

      V.                                                                    14-CV-553(A)

UNITED STATES OF AMERICA,

                    *Defendant.*
_____

I hereby certify that:

☐   Case has settled prior to scheduling first session.

☐   Case has settled prior to session scheduled for _____.

☒   Mediation session was held on  January 22, 2015 (and subsequent conferences)

☐   **Case has settled.**  The parties will prepare the settlement agreement and stipulation for dismissal.

☐   **Case has not settled.**  Mediation will continue on _____

☒   **Case has not settled.**  The parties may schedule another session at a later date.

☐   **Case has not settled.**  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Date:  November 9, 2016                                    /s/ Michael Menard
                                                                                Mediator

Additional Comments: